## GENERAL COURT, MAY TERM, 1802.

### NORWOOD's Lessee *vs.* OWINGS.

if one party gets a commission to take testimony on the terms that whether it be returned or not the cause shall not, on that account, be continued at the ensuing term; yet if it be returned executed at the ensuing term, the adverse party has a right to a continuance till he has time to examine the testimony, that he may have an opportunity of disproving it if he thinks necessary.

EJECTMENT. The defendant at the preceding term obtained a commission to London for the purpose of taking testimony, upon the terms that if the commission was not returned at the present term it should be no cause for a continuance of the action. At the present term the commission was returned, with testimony taken thereunder; and on motion of the plaintiff's counsel,

THE COURT directed the action to be continued, on the ground that the commission and testimony having been returned at this term, the opposite party should have time to examine the testimony, and if he thought proper, to endeavour to counteract it. That although the defendant was not entitled to a continuance, agreeably to the terms under which the commission was granted, yet the plaintiff was.

*Ridgely, Mason* and *Johnson,* for Plaintiff.

*Martin,* (Attorney General,) *Key* and *Shaaff,* for Defendant.